```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| ANNA KALOUJSKIKH, | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: __9/16/2021__ |
| Plaintiff, | |
| -against- | 21 Civ. 7461 (AT) |
| TRANSLATE BIO, INC., OWEN HUGHES, RONALD C. RENAUD, JR., JEAN-FRANÇOIS FORMELA, ROBERT J. MEYER, ROBERT M. PLENGE, DANIELLA BECKMAN, and GEORGE DEMETRI, | **ORDER** |
| Defendants. | |

ANALISA TORRES, District Judge:

The Court intends to consolidate the following actions: 21 Civ. 6895; 21 Civ. 7060; 21 Civ. 7062; 21 Civ. 7098; 21 Civ. 7239. By **September 22, 2021**, any interested attorneys shall file requests to be appointed Lead Counsel. Opposition to any such application shall be filed by **September 29, 2021**.

SO ORDERED.

Dated: September 16, 2021
New York, New York

ANALISA TORRES
United States District Judge